No. 54725.—Waste Fibres Corp. v. United States, protest 155071–K (New York).

Opinion by Cole, J. The protest was dismissed.

No. 54726.—Peek & Velsor, Inc. v. United States, protest 158453–K (New York).

Opinion by Cole, J. The protest was dismissed.

No. 54727.—Arthur H. Kalfus v. United States, protest 150262–K (New York).

Opinion by Mollison, J. When the protest was called for trial there was no appearance on behalf of the plaintiff. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

No. 54728.—Andes Trading Co., Inc. v. United States, protest 146601–K (New York).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54729.—John Kivo & Co. v. United States, protest 159382–K (New York).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Third Division, October 5, 1950

No. 54730.—J. Ossola Co., Inc., et al. v. United States, protests 151635–K, etc. (New York).

Opinion by Cline, J. In accordance with stipulation of counsel that the merchandise consists of chestnuts similar in all material respects to those the subject of Naumes Forwarding Service v. United States (24 Cust. Ct. 93, C. D. 1214), the claim for free entry under paragraph 1646 was sustained.